SLIP OPINION  Cite as 2015 Ark. App. 457

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CV–15–82

| | |
|---|---|
| UNIVERSITY OF ARKANSAS AT PINE BLUFF PUBLIC EMPLOYEE CLAIMS DIVISION<br><br>APPELLANT<br><br>V.<br><br>RONNIE WHITTY<br><br>APPELLEE | **Opinion Delivered** SEPTEMBER 9, 2015<br><br>APPEAL FROM THE ARKANSAS WORKERS' COMPENSATOIN COMMISSION<br>[NO. G106432]<br><br>AFFIRMED |

**DAVID M. GLOVER, Judge**

Ronnie Whitty suffered a compensable back injury on July 28, 2011, when he was using an auger at work; the auger got tangled and threw him to the ground. He worked as a groundskeeper for the University of Arkansas at Pine Bluff (UAPB) at the time of his injury. UAPB did not initially controvert his claim but did later when he sought additional benefits for surgery and anatomical impairment. The administrative law judge (ALJ) denied his claim, concluding that he did not prove his entitlement to the requested benefits. The Commission reversed the ALJ's decision. The employer appeals from the Commission's decision, contending that it is not supported by substantial evidence. We disagree and affirm.

Because the only issues advanced by UAPB challenge the sufficiency of the evidence supporting the Commission's decision, and the Commission's opinion adequately explains



the decision, we affirm by memorandum opinion pursuant to sections (a) and (b) of our per curiam *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

Affirmed.

HARRISION and KINARD, JJ., agree.

*Robert H. Montgomery*, Public Employee Claims Division, for appellant.

No Response.